# United States District Court
## Southern District of Georgia

JOYCE ELAINE WHITAKER,

Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 118-045

ANDREW SAUL, Commissioner of Social Security Administration,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated August 26, 2019 adopting the Magistrate Judge's Report and Recommendation as the Court's opinion, that the Commissioner's final decision is hereby AFFIRMED. This case stands closed.



08/26/2019
*Date*

Scott L. Poff
*Clerk*

/s/ Jamie Hodge
*(By) Deputy Clerk*